IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2009 AUG -7 A 11: 08

Rupert Ward Jr.
Full name and prison number
of plaintiff(s)

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT CIVIL ACTION NO. 1:09CV749-TMH

v. The State of Alabama

Henry County

Officer Chase Little

Officer Dennis Cobbs

Honorable Judge Denny Holloway

Honorable Patrick Amyson D.A
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

(To be supplied by Clerk of
U.S. District Court)

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court
dealing with the same or similar facts involved in this
action? YES ( ) NO ( X )

B.    Have you begun other lawsuits in state or federal court
relating to your imprisonment? YES ( ) NO ( X )

C.    If your answer to A or B is yes, describe each lawsuit
in the space below. (If there is more than one lawsuit,
describe the additional lawsuits on another piece of
paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff(s) _____ N/A _____

Defendant(s) _____ N/A _____

2.    Court (if federal court, name the district; if
state court, name the county) _____ N/A _____

3.  Docket number _____ N/A _____

4.  Name of judge to whom case was assigned _____

_____ N/A _____

5.  Disposition (for example: Was the case dismissed?
    Was it appealed? Is it still pending?) _____

_____ N/A _____

6.  Approximate date of filing lawsuit ___ N/A ___

7.  Approximate date of disposition ___ N/A ___

II.  PLACE OF PRESENT CONFINEMENT Kilby Correctional Facility Post

Office Box 150 mounT meigs Alabama 36057

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _____

_____ N/A _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
     CONSTITUTIONAL RIGHTS.
          NAME                        ADDRESS

1.  oFFicer Chase Little-99 Park Street Headland Alabama 36345

2.  oFFicer Dennis Cobbs 99 Park Street Headland Alabama 36345

3.  Honorable Circuit Judge-Denny Holloway 101 court Square court-
    House, Suit (1) Abbeville Alabama 36310

4.  _____

5.  Honorable Patrick Amyson-assistant District Attorney 101 court
    Square Courthouse Suit (1) Abbeville Alabama 36310

6.  _____

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED June 15 2005

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
    THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: On June 15, 2005 oFFicer Chase Little went before

the Honorable circuit court Judge Denny Holloway to secure a search

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

warrant for The Residence of Rupert ward Jr. officer chase little little, stated in The search warrant that he receive information from a confidential informant that drugs where to be found, and sold out of Rupert ward Jr. Residence, circuit court Judge Denny Holloway Issued the search warrant for Headland Police

GROUND TWO: During the Trial the state fail to present Testimony from The informant and evidence of the drugs

SUPPORTING FACTS: A search warrant can only be issued on probable cause, Supported by an Affidavit Stating or describing the property and the place to be searched. Before issuing a search warrants, a Judge, or magistrate Authorized by law to issue search warrants, must examine on oath the complainant and any witness he may produce,

GROUND THREE: A search warrant Affidavit must set forth Particular Facts and circumstances underlying existence

SUPPORTING FACTS: Rupert ward Jr. show that a False statement Knowingly and intentionally, and with Reckless disregard for the truth in securing a search warrant, whether Headline Police officer chase little presented Perjury Testimony to Secure a search warrant? Headline Police officer

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Rupert ward Jr. sought the Relief For The court to
Give a new Trial or a evidentary Hearing or
dismiss the Charges. of this illegal sentences.

Rupert Ward Jr.
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on _4th August 2009._ .
(Date)

Rupert Ward Jr.
Signature of plaintiff(s)

4

V. State of Brief continue from page (3)

office chose Little to excute the search of Rupert ward Jr.
Residence, Headland Police officer chose Little along with several
other Headland Police officers went to Rupert ward Jr. Residence.
while excuting the search of Rupert ward Jr. Residence, the
Police officers that were with Headland Police officer chose little
remained outside in the front of the Residence with Rupert
ward Jr. wife; while Headland Police officer chose little begun
the search of Rupert ward Jr. Residence. after the search of
on of the Bedroom Headland Police chose little came out of
Rupert ward Jr. Residence allegely stating that he had found
Drugs in the Bedroom.

Rupert ward Jr. was arrested and charged with Trafficking
cocaine and possession of merichuana, The Grand Jury of Headland
returned an indictment charging Rupert ward Jr. with the
ofense of Trafficking and possession.

continue From page (3)

Ground Two: that was found in the residence of Rupert ward Jr.

Trial Counsel Charles Decker never objected to the State
not Producing testimony from the confidential informant nor
did Trial counsel Charles Decker object to the State Failing to
Produce any Drugs being found in Rupert ward Jr. Residence
as the trial continue. Headline Police officer chose little were
called to take the witness stand under oath, The court went to
resist, But when the court resume, Trial counsel Charles Decker
for Rupert ward Jr. asked Headland Police officer chose little
where were the drugs that you Allegely Found in Rupert-
ward Jr. residence? and Headland Police officer chose-
little stated to the Question that Trial Counsel Charles-
Decker asked that the drugs were in the Headland Police
Department Evidence room.

take thier Depositions in writing and cause them to be
subscribed by the person or officer making them such
depositions must set forth facts Tending to establish the
Grounds of the application or probable cause for believing
that they exist during Trial Headland Police Officer chase
little were the only Headland Police officer who testified
about drugs being found at Rupert ward Jr. residence.
No other Headline Police officers Gave testimony nor was
an confidential informant presence at the trial nor was there
an statement on records.

Trial counsel charles Decker asked Headland Police officer
chase little about his confidential informant, was he or she
a Reliable source with information.

**Ground Three** continue from page ③ of probable cause, so as to allow the
magistrate to make an independent evaluation of the
matter," if the confidential informant's Tip is The Source
of information, an affidavit must recite some of under-
lying circumstances from which the confidential informants
concluded that relevant evidence might be Discovered,
and some of underlying circumstance from which Head
Line Police officer chase little concluded that the confid-
ential informant, whose Identity need not be disclosed,
was credible or his information Reliable

supporting facts continue page ③

chase little went before the Honorable circuit court Judge
Denny Holloway with information that he received from
a confidential informans that drugs will be found at
Rupert ward Jr. residence. and officer chase little
of the Headland Police Department didn't have the
confidential informant with him nor any recorded

invalid search warrent and Failed To present a Defens Constitutional Prinicples,

The Sixth Amendment to The United States Constitution, which vests person charged with crimes with the right to "assistance of counsel." U.S. Const. amend. VI The right to assistance of counsel and Applies to the States as a component of the Right to "Due Process of law" secured By the FourTeenth Amendment to the United States Constitution. In Light of all the circumstances, the identified acts or Omissions were outside the wide Range of professionally competent assistance. Counsel did not or decided not to prepare a defense for Rupertward Jr. Soley because he was confident that, He did not need to Question the confidential informant credibity or the drugs, that Headland Police Officer Found him self.

Rupert ward Jr were convicted and sentence Based upon PerJury Testimony By Headland Police Department Officer chase Little, who Gave False information to secure a search warrant to search Rupertward Jr. Residence. The District Attorney Patrick Amason of Henry County District Attorney office, whom prosecute the cases of Trafficking cocaine and possession of mariJuana, did not present any evidence of any Drugs than Found in Rupertward Jr's Residence nor did the District attorney Patrick Amason Present a Sign Statement nor a Recorded conversation, nor the confident infor mant was presence in court doing trial court, Trial counsel that Represented the defendant his

Supporting facts continue from pg (3)

Conversation nor did Headland Police Department officer Chase Little have a written statement, During the course of the Trial Headland Police officer Chase little did not have nor showed any drugs in Trial court's, nor did there was an confidential Informant present in court, But Headland Police officer Chase little stated, He Had received information from an confidential informant's and Headland Police officer Chase little was the officer that found the alleged drugs that the alleged confidential informant stated, that Headland Police officer Chase Little would find in Rupert ward's Jr. residence on the evening of June 15, 2005. A Person committs the crime of PerJury in the First Degree when in any official proceding he swears falsely and His False statement is material to the Proceding in which it is made, when this officer Chase Little is under oath Giving False Testimony, is strong and Determine the outcome of this proceeding or matter involved in securing a search warrant or an arrest warrant, to constitute PerJury, the matter falsely sworn to must be material to the issue in controvery, and the material matter sworn to must be False or it is not the subject of legal PerJury. there was not any evidence nor confidential informant before the Honorble circuit court JuDGe Denny Holloway to issue a search warrant Based on the PerJury statement of Headland Police Department officer Chase Little. whether Trial counsel charles Decker Performance were ineffective Assistance?

Rupert ward Jr. retain counsel charles Decker to represent him for the indicted charges of TrAFFicking and poss-ession of meiJuana. Counsel did not object to an

conclusion of supporting facts from page (3) Number (1)

performance were below the required standard
who failed to challenge the failure of the District
Attorney to produce an confidential informant, testimony
of the informant, the invalid search warrant and the
Perjury testimony of Headland Police Department officer
Chase Little to secure a search warrant.

### Certificate of Service

I, Rupert Ward Jr. certify that the state of
the Brief - of facts and grounds, and supporting facts
are true and correct to the best of my knowledge.

Done this the 4th of august 2009

Rupert Ward Jr.
Rupert Ward Jr.
Inmate and Plantiff
AIS # 251750
Kilby Correctional Facility
Post office Box 150
mount meigs, Alabama
36057

HUBERT WARD, JR.
AIS# 251750
P.O. Box 150
Kilby's Correctional Facility
Mount Meigs, AL. 36057



$ 01.22°
MAILED FROM ZIP CODE 36117

UNITED STATES DISTRICT CLERK'S Office
DeBra P. HACKETT, CLERK
8110 Frank M. Johnson, Jr.
U.S COURTHOUSE Complex,
ONE CHURCH St. P.O. Box 711
MONTGOMERY, Alabama.
36101-0711

"The correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."